Court of Appeals
Seventh District of texas
P.O. Box 9540
Amarillo, Tx 79105-9540



FILED
JUL 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

6/26/15

RE: Case Number: 07-15-00235-CV

Style: In re Joe Adam Ramirez and Frederick Q. Herrod, relator

Dear clerk,

   Enclosed find the Affidavit of Indigency, Affidavit of Previous filings and a copy of the Inmate trust Fund Sheet.

   Please be advised that Appellants have already sent these forms once to your agency.

   We would also like to put the court on notice that we are receiving our mail 7 to 10 days late. The recent letter we received from your agency was dated June 18, 2015. We did not receive this notice from your agency until june 25th of this month.

   This is not the only instant in which our mail has been late. Please give notice to the Court of this issue.

Respectfully,

Frederick Q. Herrod #1006908
Daniel unit
938 S.FM 1673
Snyder Tx 79549

Case Number: 07-15-00235-CV

Frederick Q. Herrod,

     Appellant,               §

vs.

Rissie Owens, and Texas Board    §

of Pardons and Paroles,

     Appellees,             §

FILED
JUL 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

COURT OF APPEALS

SEVENTH DISTRICT OF

AMARILLO, TEXAS

## AFFIDAVIT RELATING TO PREVIOUS FILINGS

TO THE HONORABLE APPELLANT JUDGE OF SAID COURT:

Now comes Frederick Q. Herrod, acting in pro se files this Affidavit relating to previous filings and will show the following:

### (I).

Appellant has never filed any other suit other than the one in this appeal.

Date: 6/26/15

Respectfully,

Frederick Q. Herrod #1006908
Daniel Unit
938 S.FM. 1673
Snyder Tx 79549


AFFIDAVIT OF INDIGENCY PURSUANT TO

TEXAS RULES OF APPELANT PROCEDURES RULE 20.1(b)

The following declaration is made pursuant to the texas rules of Appellant

Procedure rule 20.1(b).

Now Comes Frederick Q. Herrod, and declares that I am unable to pay the

court cost in this civil Appeal and request leave of the court to proceed

in forma pauperis in this accompaning Civil action would show the court the

following:

(1). I am presently incarcerated in the Daniel Unit of TDCJ-ID where I

am not permitted to earn or handel money,

(2). I have no sournce of income or spousal income,

(3). I currently have $ _0.00_ cretited to me in the inmate trust fund,

(4). during my incarceration in TDCJ-ID I have received approximately _LESS THAN_

$ _10.00_ , per month as gifts from friends and relatives,

(5). I neither own nor have any intrest in any realty, stock, bond, or

bank accounts and I receive no intrest in any dividend income from any source,

(6). I have _0_ dependents,

(7). I have a total dept of approximately $ _10,000_ ,

(8). I owe $ _0.00_ , as restitution,

(9). I do not have anyone who will loan me the money to pay the cost of

the court,

(10). There is no attorney providing free services or without a contigent

fee,

(11). There is no attorney who has agreed to pay or advance the court cost,

(12). Appellant Herrod, lacks the skill and access to equipment necessary

to prepare the appendix, as required by Rule 38.5(d).

I Frederick Q. Herrod, being presently incarcerated in the Daniel unit

of TDCJ-ID in Scurry County Texas Verify and declare under penalty of perjury that the foregoing statement is true and correct.

Date: 6/26/15

Respectfully

Frederick Q. Herrod #1006908
Daniel Unit
938 S.FM 1673
Snyder, Tx 79549

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        06/26/15
1BS8/FJ00021              IN-FORMA-PAUPERIS DATA                 08:27:36
TDCJ#: 01006908 SID#: 05468932 LOCATION: DANIEL        INDIGENT DTE: 02/04/15
NAME: HERROD,FREDERICK QUINTARD        BEGINNING PERIOD: 12/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:       0.00
6MTH DEP:            40.00 6MTH AVG BAL:        5.10 6MTH AVG DEP:       6.67
```

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|-------|-----------------|----------------|-------|-----------------|----------------|
| 05/15 | 0.00 | 0.00 | 02/15 | 20.03 | 0.00 |
| 04/15 | 0.00 | 0.00 | 01/15 | 20.03 | 0.00 |
| 03/15 | 0.00 | 0.00 | 12/14 | 40.03 | 40.00 |

```
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Scurry_
ON THIS THE _26_ DAY OF _June_ , _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



JOHN M. FLOYD
Notary Public, State of Texas
My Commission Expires
OCTOBER 10, 2015
Notary without Bond



FILED
JUL 02 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Frederick Q. Herrod #1006908
Daniel Unit
938 S. FM 1673
Snyder Tx 79549

ABILENE TX 795

29 JUN 2015 PM

Court of Appeals
Seventh District of Texas
P.O. Box 9540
Amarillo, Tx 79105-9540

7910583540

Legal